# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0340.  DERON RUFFIN v. THE STATE.**

Deron Ruffin was found guilty of burglary and armed robbery in 2002, and we affirmed his convictions on appeal.  See *Ruffin v. State*, 263 Ga. App. 618 (588 SE2d 802) (2003).  Recently, Ruffin filed a "motion to correct or modify void/illegal sentence," which the trial court denied on January 31, 2017.  Ruffin then filed this application for discretionary review of the denial on March 10, 2017.  We lack jurisdiction.

Pretermitting whether Ruffin's motion raised a colorable void-sentence claim, his application is untimely.  To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Because this application was filed 38 days after entry of the order Ruffin seeks to appeal, it is untimely, and we lack jurisdiction to consider it.  Accordingly, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/23/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*